# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**NAUTILUS INSURANCE COMPANY,**

      Plaintiff,

CA: **04-71176**

-vs-

HON: **Lawrence P. Zatkoff**

**I.L.S. GENERAL CONTRACTORS, INC., a
Michigan Corporation, AUTO CLUB GROUP
INSURANCE COMPANY, a Michigan Corporation,
TERRANCE D. THOMSON, NANCY THOMSON,
and INSURANCE LOSS SPECIALISTS GENERAL
CONTRACTORS, INC., a Michigan Corporation,
Jointly and Severally,**

      Defendant.

_____/

| | |
|---|---|
| **Jon B. Shefferly  P20325**<br>**Attorney for Defendants Auto Club and**<br>  **Terrance and Nancy Thomson**<br>200 Renaissance Center, Suite 2650<br>Detroit, Michigan  48243-1315<br>(313) 568-5555 | **John H. Dise, Jr.  P27266**<br>**Attorney for Nautilus Insurance Company**<br>17515 W. 9 Mile Rd., Suite 760<br>Southfield, Michigan 48075<br>(248) 552-8494 |
| **Darleen Lynn Petrosky  P36759**<br>**Co-Counsel for Auto Club Group**<br>  **Insurance Company**<br>6740 Ridgefield Circle, Suite 203<br>West Bloomfield, Michigan  48322<br>(248) 788-1854 | |

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT
JUDGMENT AGAINST I.L.S. GENERAL CONTRACTORS INC.
AND INSURANCE LOSS SPECIALISTS GENERAL CONTRACTORS, INC.,
<u>AND DISMISSING THE REMAINING DEFENDANTS</u>**

At a session of Court held
in the Courthouse, City of Detroit,
County of Wayne, State of Michigan,
on February 6, 2006

PRESENT:  HON: Lawrence P. Zatkoff
District COURT JUDGE

NAUTILUS INSURANCE COMPANY moved for default judgment.  The Plaintiff and Auto Club Group Insurance Company filed briefs, and the Court heard argument.  The Court decided to grant Plaintiff's motion for the reasons stated on the record.

THEREFORE, IT IS ORDERED that:

1. Default judgment be entered against I.L.S. General Contractors, Inc. and Insurance Loss Specialists General Contractors, Inc.;

2. Nautilus Insurance Company has no obligation to either defend or indemnify I.L.S. General Contractors, Inc. or Insurance Loss Specialists, General Contractors, Inc. in the cause of action titled Auto Club Group Insurance Company, individually, and Auto Club Group Insurance Company as subrogee of Terrance D. Thompson and Nancy Thompson versus Insurance Loss Specialists General Contractors, Inc. and I.L.S. General Contractors, et al, Case No. 03-3416160-CK, filed in Wayne County Circuit Court;

3. Defendants Auto Club Group Insurance Company, Terrance D. and Nancy Thomson are dismissed with prejudice.

4. This judgment is binding upon the parties named as parties to this proceeding and all parties claiming by, through or under them for any of them.

5. Each of the parties to this action shall bear his own costs and attorney fees

 s/Lawrence P. Zatkoff  
District COURT JUDGE

Approved as to form:

s/ John H. Dise, Jr.                              s/ w/ consent  Jon B. Shefferly

17515 W. 9 Mile Rd., Suite 760          200 Renaissance Center, Suite 2650
Southfield, Michigan 48075               Detroit, Michigan  48243-1315
(248) 552-8494                                    (313) 568-5555
johndise@sbcglobal.net                      Sheffassociatespc@sbcglobal.net
P27266                                                P20325